AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK</span>

| | |
|---|---|
| Ruth Smith, individually, and as personal representative of the Estate of DONALD SMITH, and KYLE MOSS and SAMANTHA (BAIRD) MOSS, husband and wife, <br> *Plaintiff* <br> v. <br><br> BNSF RAILWAY COMPANY, Doe Defendants I through X, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   2:18-cv-00 179-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Judgment is entered in favor of Plaintiffs Ruth Smith, both individually and in her capacity as executor of the estate of Donald Smith (The "Smiths"), Kyle Moss, and Samantha Moss, and against Defendant BNSF, in the sum of $370,971.00 to the Smiths and $55,371.00 to Kyle Moss andSamantha Moss, less the amount of costs accrued in favor of the Plaintiffs, with the result that the total judgment amount, including recoverable costs, which Defendants are obligated to pay, is $426,342.00. This is the total amount to be paid by Defendant BNSF on account of any liability claimed in this action, including all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiffs.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☐   decided by Judge _____ on a motion for

Judgment entered pursuant to Plaintiffs' Notice of Acceptance of Offer of Judgment from Defendant BNSF Railway Company pursuant to Federal Rule of Civil Procedure 68.

Date:   May 27, 2020 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore