FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUTH SMITH, individually and as personal representative of the Estate of Donald Smith, KYLE MOSS, husband, and SAMANTHA (BAIRD) MOSS, wife,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, commonly known as The Burlington Northern Santa Fe Railway a Delaware corporation doing business in the State of Washington, and DOE Defendants I through X,<br><br>Defendants. | No.   2:18-cv-00179-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 17, 2020, the parties filed a stipulated dismissal, ECF No. 156. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal, **ECF No. 156**, is

    **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to

ORDER DISMISSING CASE – 1

bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The file in this matter shall remain closed.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2